# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL TUBACH, | CASE NO. 1:12-cv-00451-LJO-GBC (PC) |
| Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATIONS |
| v. | Doc. 3 |
| P. JOHNSON, et al., | |
| Defendants. | |

On March 22, 2012, Plaintiff Isabel Tubach ("Plaintiff"), a state prisoner proceeding pro se, filed a Complaint pursuant to 42 U.S.C. § 1983. Doc. 1. Plaintiff also filed a motion to proceed in forma pauperis. Doc. 2.

On May 18, 2012, the Court issued Findings and Recommendations, recommending to dismiss this action as duplicative and for failure to exhaust administrative remedies. Doc. 3. The Court HEREBY VACATES the Findings and Recommendations issued May 18, 2012.

IT IS SO ORDERED.

Dated:   October 22, 2012

UNITED STATES MAGISTRATE JUDGE